IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE MAE JOHNSON                             PLAINTIFF

v.                  Cause No. 1:14-cv-01044

TOMMY PATTERSON and
MAXINE CANTERBERRY                            DEFENDANTS

## ORDER

Before this Court is Plaintiff"s Motion to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 2. Upon review, the Court finds Plaintiff's Motion to Proceed *In Forma Pauperis* should be **GRANTED.** The Court also finds Plaintiff's Motion for Service should be **GRANTED.**

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on August 13, 2014 (ECF No. 1), a copy of Plaintiff's addendum filed on September 9, 2014 (ECF No. 6), and a copy of this order on Defendants by serving:

Tommy Patterson
701 N.W. Avenue
El Dorado, Arkansas  71730

Jan's Realty
Attn: Maxine Canterberry
315 N.W. Avenue
El Dorado, Arkansas  71730

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 12th day of September 2014.**

                                                       /s/ Barry A. Bryant
                                                       HON. BARRY A. BRYANT
                                                       U.S. MAGISTRATE JUDGE