IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE MAE JOHNSON                                                                                PLAINTIFF

VS.                                            CASE NO. 14-CV-1044

TOMMY PATTERSON and
MAXINE CANTERBERRY                                                                         DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw filed by Plaintiff's counsel, Byron Cole Rhodes. (ECF No. 22). Counsel seeks to be relieved as attorney of record in the above styled and numbered case. Counsel has provided to this Court Plaintiff's contact information:

**Willie Mae Johnson**
819 Norswothy Street
El Dorado, AR 71730
Phone: (870) 881-8484

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Byron Cole Rhodes is relieved as counsel of record for Plaintiff. Plaintiff shall have thirty (30) days from the entry of this order to notify the Court of new counsel or the Court will assume that Plaintiff is proceeding *pro se*. The Clerk of the Court is directed to send to Plaintiff a copy of this order along with a copy of the manual for pro se litigants.

**IT IS SO ORDERED**, this 10th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge