IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE MAE JOHNSON                                                        PLAINTIFF

VS.                          CASE NO. 14-CV-1044

TOMMY PATTERSON and
MAXINE CANTERBERRY                                                       DEFENDANTS

## ORDER

Before the Court is Separate Defendant Maxine Canterbury's Motion to Compel. (ECF No. 26). Defendant seeks to compel Plaintiff to respond to certain interrogatories and requests for production of documents that are past due. Plaintiff has not responded to the motion, and the time to do so has passed. The matter is ripe for the Court's consideration.

Defendant served her interrogatories and requests for production upon Plaintiff on March 24, 2016. (ECF No. 26, Exh. 1-2).  Plaintiff has failed to respond. Rule 34(b)(2)(A) of the Federal Rules of Civil Procedure provide that Plaintiff's responses to Defendant's discovery requests are due within 30 days after being served. Because Plaintiff has failed to respond, Defendant's motion should be and hereby is **GRANTED**. Plaintiff's responses to Defendant's interrogatories and requests for production of documents are due on or before July 15, 2016.  A failure to obey the Court's order may result in the dismissal of this action.

**IT IS SO ORDERED**, this 5th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge