IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE MAE JOHNSON                                                                                    PLAINTIFF

VS.                                          CASE NO. 14-CV-1044

TOMMY PATTERSON and
MAXINE CANTERBERRY                                                                              DEFENDANTS

## ORDER

The Court has received several letters from *pro se* Plaintiff Willie Mae Johnson since the entry of its July 5, 2016 Order (ECF No. 5) granting Separate Defendant Maxine Canterberry's Motion to Compel. These letters are not directly responsive to any motion pending before the Court. However, it appears from Plaintiff's letters that she may not understand the Court's Order directing her to respond to Defendant's interrogatories and requests for production. The Court will now clarify its Order.

Plaintiff's responses to Separate Defendant's interrogatories and requests for production must be sent to Separate Defendant. Plaintiff should not send these materials to the Court. The Court will grant one final extension for Plaintiff to respond to Separate Defendant's requests. Plaintiff's responses to Separate Defendant's interrogatories and requests for production of documents are due on or before **July 29, 2016**. This deadline will not be extended again, regardless of whether Plaintiff is attempting find a new attorney, as she indicates in her letters to the Court.

The Court reminds Plaintiff that any communications with the Court should be in the form of a motion, or a direct response to Defendants' motions, and not in the form of letters explaining the factual grounds for Plaintiff's case.

**IT IS SO ORDERED**, this 15th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge
