IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE MAE JOHNSON                                                                                    PLAINTIFF

V.                                            CASE NO. 14-CV-01044

TOMMY PATTERSON; and
MAXINE CANTERBERRY                                                                                DEFENDANTS

## JUDGMENT

Before the Court are two motions filed by Separate Defendant Tommy Patterson: (1) a Motion for Partial Summary Judgment; and (2) a Motion for Judgment on the Pleadings. ECF Nos. 38, 41. Also before the Court is Separate Defendant Maxine Canterberry's Motion Adopting Arguments and Brief of Separate Defendant Tommy Patterson. ECF No. 43. Plaintiff has responded. ECF Nos. 44, 45. The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Separate Defendants' Motions for Judgment on the Pleadings and Motions for Partial Summary Judgment should be and hereby are **GRANTED**. Plaintiff's claims under the ADA and FHA in regard to Separate Defendants Tommy Patterson and Maxine Canterberry are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge